IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, § | |
|    Plaintiff, § | |
| § | |
| § | Cause No. EP-23-CV-209-KC |
| § | |
| JUDGE ALFREDO CHAVEZ, *et al.*, § | |
|    Defendants. § | |

## FINAL JUDGMENT

In accordance with the Order Denying the Plaintiff's Application to Proceed *in Forma Pauperis* and Dismissing Plaintiff's Complaint signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Christopher Machen's "Prisoner's Civil Rights Complaint" (ECF No. 1-1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 2nd day of June, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE